Case 7:22-cv-00015-NSR-PCM Document 37 Filed 10/11/22 Page 1 of 1




MEMO ENDORSED

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 10/12/2022

Sender's Information:

Christopher A. Taggi (DC, MD, VA)
Direct: 202-464-8666
Email: ctaggi@asm-law.com

October 11, 2022

**Via ECF**
The Honorable Nelson S. Román
United States District Judge
United States Courthouse
300 Quarropas Street
White Plains, NY 10601

Deft's request for a discovery conf. before Judge Román is denied without prejudice to seeking a conf. before Judge McCarthy. Clerk of Court is requested to terminate the motion at ECF No. 37.
Dated: White Plains, NY
Oct. 12, 2022

SO ORDERED:

HON. NELSON S. ROMAN
UNITED STATES DISTRICT JUDGE

Re: Profex, Inc. v. Westchester Fire Insurance Company et al
Civil No. 7:22-cv-00015-NSR

Dear Judge Román:

This is a letter-motion for a pre-motion discovery conference, made pursuant to L.Civ.R. 37.2 and Section 3.A.i of your standing procedures.

Kirlin Builders intends to file a motion regarding Profex's failure to respond to interrogatories and document requests that were served on July 18, 2022.

Prior to filing this letter-motion, I attempted to confer with Profex's counsel as follows. On September 12, I sent an email to counsel asking when we could expect responses to this discovery. On September 16, I sent counsel a follow-up email. On September 28, I called counsel and left a voice message inquiring about the discovery. Earlier today, I called counsel on his cell phone but there was no answer and the voice mailbox was full; I called counsel's office line and left a voice message.

**Certificate of Service**

I certify that I will file this document with the Court's ECM/ECF system, which will send a notice of electronic filing to all counsel of record.

Respectfully Submitted,

_________s_________________
Christopher A. Taggi, *pro hac vice*
Asmar, Schor & McKenna, PLLC
5335 Wisconsin Ave., NW Suite 400
Washington, DC 20015
202-244-4264
ctaggi@asm-law.com