

THE PRACTICE OF SOLUTIONS

ASMAR | SCHOR
MCKENNA

October 12, 2022

**Via ECF**
The Honorable Judith C. McCarthy
United States District Judge
United States Courthouse
300 Quarropas Street
White Plains, NY 10601

> **SO ORDERED:**
> Plaintiff is directed to respond to Defendants' interrogatories and document requests by no later than October 19, 2022. Thereafter, the parties are directed to have a meaningful meet and confer and submit a joint letter to the Court by October 24, 2022, setting forth any remaining issues. In addition, the Court will hold an in-person conference on October 26, 2022 at 11:00 a.m. in Courtroom 421.
>
> _/s/ Judith C. McCarthy_  10-14-22
> JUDITH C. McCARTHY
> United States Magistrate Judge

Re: Profex, Inc. v. Westchester Fire Insurance Company et al
Civil No. 7:22-cv-00015-NSR

Dear Judge McCarthy:

This is a letter-motion for a pre-motion discovery conference, made pursuant to L.Civ.R. 37.2 and Section 2.A of your standing procedures.

Kirlin Builders intends to file a motion regarding Profex's failure to respond to interrogatories and document requests that were served on July 18, 2022.

Prior to filing this letter-motion, I attempted to confer with Profex's counsel as follows. On September 12, I sent an email to counsel asking when we could expect responses to this discovery. On September 16, I sent counsel a follow-up email. On September 28, I called counsel and left a voice message inquiring about the discovery. On October 11, I called counsel on his cell phone but there was no answer and the voice mailbox was full; I called counsel's office line and left a voice message.

## Certificate of Service

I certify that I will file this document with the Court's ECM/ECF system, which will send a notice of electronic filing to all counsel of record.

Respectfully Submitted,

_____s_____
Christopher A. Taggi, *pro hac vice*
Asmar, Schor & McKenna, PLLC
5335 Wisconsin Ave., NW Suite 400
Washington, DC 20015
202-244-4264
ctaggi@asm-law.com

ASMAR SCHOR MCKENNA PLLC
5335 Wisconsin Avenue, NW | Suite 400 | Washington, D.C. 20015 | 202-244-4264 telephone | 202-686-3567 facsimile | www.asm-law.com