UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
UNITED STATES OF AMERICA, f/u/o/b
PROFEX, INC. and PROFEX, INC.,

                Plaintiffs,                22 **CIVIL** 0015 (NSR)

    -against-                       **<u>JUDGMENT</u>**

WESTCHESTER FIRE INSURANCE COMPANY,
KIRLIN BUILDERS, LLC, LIBERTY MUTUAL
INSURANCE COMPANY,

                Defendants.
_____
KIRLIN BUILDERS, LLC,

          Third-Party Plaintiff,

    -against-

WESTERN SURETY COMPANY,

          Third-Party Defendant.
------------------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion & Order dated September 30, 2025, the Court GRANTS Defendants Kirlin Builders, LLC, Liberty Mutual Insurance Company, and Westchester Fire Insurance Company's Motion for Summary Judgment in its entirety ("Defendants"), and the Court DENIES Kirlin's Motion for Partial Summary Judgment with respect to Kirlin's Counterclaim against Profex, Inc., and Third-Party Complaint against Western Surety Company. Specifically, Defendants are entitled to Summary Judgment for PCOs #1-65, #75-86, #88-89, #92, #98, #100-105, #106-107, #117, #123-125, #131, #134, #136, #138-144, #148-149, #151-

152, #157, #161-168, #172-174, #176, #178-183, #186, and #189 as a matter of law. Judgment is also entered in favor of Third-Party Defendant Western Surety Company

**Dated:**  New York, New York

      September 30, 2025

                                        **TAMMI M. HELLWIG**
                                        **Clerk of Court**

                          **BY:**      _____
                                               **Deputy Clerk**