**UNITED STATES DISTRICT COURT**
The Charles L. Brieant, Jr.
Federal Building and United States Courthouse
300 Quarropas St.
White Plains, New York 10601
(914) 390-4124

Chambers of
**Hon. Judith C. McCarthy**
United States Magistrate Judge

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
UNITED STATES OF AMERICA, f/u/o/b
PROFEX, INC. and PROFEX, INC.,

                              Plaintiffs,       **SCHEDULING ORDER**

            -against-       22 Civ. 15 (NSR)(JCM)

LIBERTY MUTUAL INSURANCE COMPANY,
*et al.*,

                              Defendants.
-------------------------------------------------------------X

        The Court has scheduled a Telephone Conference for October 15, 2025 at 11:30 a.m. before Magistrate Judge Judith C. McCarthy to discuss the issue of attorneys' fees. The parties shall call the following number at the time of the conference:

        Toll-Free Number: 855-244-8681
        Access Code: 1800490580

Dated:  October 2, 2025
          White Plains, New York

                                                                       **SO ORDERED:**

                                                                       JUDITH C. McCARTHY
                                                                       United States Magistrate Judge