UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
UNITED STATES OF AMERICA, f/u/b/o
PROFEX, INC. and PROFEX, INC.,

|  |  |
|---|---|
| Plaintiff(s), | **ADJOURNMENT ORDER** |
| - against - | 22 Civ. 0015 (NSR) |

WESTCHESTER FIRE INSURANCE
COMPANY, et al.,

Defendant(s).
------------------------------------------------------------x

NELSON S. ROMÁN, U.S.D.J.:

The above case previously scheduled for a telephonic Status Conference on February 19, 2026 before the United States District Judge Nelson S. Román, **is hereby adjourned sine die** pending resolution of Defendants' Motion for Attorneys' Fees and Costs Recovery pending before Judge Román. The Court will reschedule this conference upon resolution of the motion.

SO ORDERED.

Dated:    White Plains, NY
         February 17, 2026

_____
Hon. Nelson S. Román, U.S.D.J.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/17/2026