UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

PROFEX, INC.,

Plaintiffs,

-against-

WESTCHESTER FIRE INSURANCE COMPANY, et al,

Defendants.

No. 22-CV-15 (NSR)

**ORDER**

NELSON S. ROMÁN, United States District Judge:

On September 10, 2026, the Court held a conference by telephone. Counsel for Profex, Inc., Western Surety Company, and Kirlin Builders, LLC appeared. The parties advised the Court that mediation was unsuccessful and that they intend to proceed to a bench trial.

The sole remaining claim is Third-Party Plaintiff Kirlin Builders, LLC's claim against Counter-Defendant Profex and Third-Party Defendant Western Surety Company for breach of contract.

The parties anticipate that trial will require five days. Trial is scheduled to commence on June 7, 2027, and will proceed on June 7, 8, 9, 10, and 14, 2027. On each trial date, the parties shall report to the courtroom at 9:00 a.m., and trial will proceed from 9:30 a.m. to 4:30 p.m. The parties are directed to review and comply with the Court's Individual Practices in Civil Cases, including the procedures applicable to non-jury trials. The Court directs the following:

1. On or before May 5, 2027, each party shall submit to the Court and serve on its adversaries their proposed findings of fact and conclusions of law.
2. On or before May 12, 2027, each party shall submit to the Court and serve on its adversaries affidavits constituting the direct testimony of each trial witness.
3. On or before May 12, 2027, each party shall submit to the Court and serve on its adversaries all deposition excerpts that they intend to offer as substantive evidence. For each deposition, the

offering party shall also submit a one-page synopsis of the excerpts, including citations to the pertinent pages and lines of the deposition transcript.

4. On or before May 19, 2027, each party shall submit to the Court and serve on its adversaries a witness list and trial exhibit list. Plaintiff shall identify exhibits numerically, and Defendants shall identify exhibits alphabetically. Exhibits shall be premarked and tabbed in binders.
5. On or before May 19, 2027, the parties shall submit to the Court any trial stipulations, including stipulations concerning the admissibility or limited use of trial exhibits. All such stipulations shall be in writing.
6. The parties represented to the Court that they do not intend to file any motions in limine.
7. Any stipulations concerning documents shall be disclosed in writing.
8. The parties shall review and comply with the Court's policy concerning the use of electronic devices.

The final pretrial conference will be held by telephone on May 27, 2027, at 12:00 p.m. To access the teleconference, please follow these directions: (1) Dial the Meeting Number: 855-244-8681; (2) Enter the Access Code: 2310 494 3855 #; and (3) press# again to enter the teleconference.

SO ORDERED:

Dated: September 15, 2026
White Plains, NY

NELSON S. ROMÁN
United States District Judge